## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOSEPH B. BRAUN,                         )
                                         )
                    Petitioner,          )
                                         )
vs.                                      )         Case No. CIV-13-189-M
                                         )
BRUCE HOWARD,                            )
                                         )
                    Respondent.          )

### ORDER

On March 8, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action.  The Magistrate Judge recommends that the petition for a writ of habeas corpus be DISMISSED [docket no. 8] as untimely.  The parties were advised of their right to object to the Report and Recommendation by March 28, 2013.  Petitioner's objection was filed on March 27, 2013.

Upon de novo review of this matter, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 8, 2013; and

(2)    DISMISSES Petitioner's Petition for a Writ of Habeas Corpus [docket no. 8] as untimely;

**IT IS SO ORDERED this 4th day of April, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE